IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERMA M. JACOBS | ) |
| | ) |
| v. | ) NO. 3-10-0418 |
| | ) JUDGE CAMPBELL |
| CAREMARK, PhC, LLC | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 30), to which no Objections have been filed. All attempts at serving copies of the Report and Recommendation upon the Plaintiff have been returned as "undeliverable." Docket Nos. 32, 33, 34, and 35.

The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, this action is DISMISSED for failure to prosecute.

Any pending Motions are denied as moot, and the Clerk is directed to close this file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE